UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO RIVERA,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>MONTGOMERY, Warden,<br><br>　　　　　Respondent. | Case No. EDCV 14-1197 FMO(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition") and all of the records herein, including the July 9, 2019 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

IT IS HEREBY ORDERED that petitioner's Motion to Stay is denied without prejudice, the Petition is denied and this action is dismissed with prejudice and Judgment be entered accordingly.

///

///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on petitioner and respondent's counsel.

IT IS SO ORDERED.

DATED: September 12, 2019

_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE