JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ALBERTO RIVERA,  ) Case No. EDCV 14-1197 FMO(JC)
        Petitioner, )
        v. ) JUDGMENT
)
MONTGOMERY, Warden, )
        Respondent. )

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

IT IS SO ADJUDGED.

DATED: September 12, 2019

                                                       /s/
                                      FERNANDO M. OLGUIN
                                      UNITED STATES DISTRICT JUDGE